■ Craig M. Murphy, Appellant, v Terry Vogt, Doing Business as Professional Independent Contracting, Respondent and Third-Party Plaintiff. Custom Carpet Centers, Third-Party Defendant-Respondent. [708 NYS2d 656] —Order

unanimously affirmed without costs for reasons stated at Supreme Court, Mintz, J. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Scudder and Kehoe, JJ.